1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

11

FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13    RAUL PIZANA, individually and on behalf         Case No. 1:18-cv-00644-DAD-SKO
      of all others similarly situated

14

15                              Plaintiff,          **ORDER GRANTING PLAINTIFF'S
                                                     UNOPPOSED MOTION FOR EXTENSION
16          vs.                                      OF TIME TO FILE AMENDED
                                                     COMPLAINT**
17

18    SANMEDICA INTERNATIONAL LLC,
      and DOES 1 through 10, inclusive              (Doc. 11)

19                              Defendants.

20

21

22

23          On June 22, 2018, Plaintiff filed an "*Ex Parte* Motion for Extension of Time to File

24    Amended Complaint" (the "Motion") requesting an extension of time to file an amended

25    complaint and stating that Defendant would not oppose the Motion.  (Doc. 11.)

26    ///

27    ///

28    ///

1

2      The Court having reviewed Plaintiff's Motion, it is hereby ORDERED that the Motion is

3  GRANTED and Plaintiff's deadline to file an amended complaint pursuant to Rule 15(a)(1)(B) is

4  EXTENDED until June 30, 2018.

5

6  IT IS SO ORDERED.

7  Dated:   **June 25, 2018**                              /s/ *Sheila K. Oberto*

8                                                          UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28