**CLARKSON LAW FIRM, PC**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Shireen M. Clarkson (SBN 237882)
sclarkson@clarksonlawfirm.com
Matthew T. Theriault (SBN 244037)
mtheriault@clarksonlawfirm.com
Lauren Anderson (SBN 329173)
landerson@clarksonlawfirm.com
9255 Sunset Blvd., Suite 804
Los Angeles, California 90069
Phone: (213) 788-4050
Fax: (213) 788-4070

**TYCKO & ZAVAREEI, LLP**
Annick M. Persinger (SBN 272996)
apersinger@tzlegal.com
1970 Broadway, Suite 1070
Oakland, California 94612
Phone: (510) 254-6808
Fax: (202) 973-0900

*Counsel for Plaintiff Raul Pizana*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL PIZANA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SANMEDICA INTERNATIONAL, LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 18-cv-00644-DAD-SKO<br><br>**CLASS ACTION**<br><br>Hon. Judge Dale A. Drozd<br><br>**STIPULATION AND ORDER RE: FRCP 30(b)(6) DEPOSITIONS** |

Plaintiff Raul Pizana ("Plaintiff") and Defendant Sanmedica International, LLC ("Defendant") (collectively, the "Parties") by and through their respective counsel of record, enter into the following stipulation:

## **RECITALS**

WHEREAS, on June 5, 2020, Plaintiff served a Deposition Notice to Defendant pursuant to Federal Rule of Civil Procedure 30(b)(6);

WHEREAS, Defendant notified Plaintiff that it had identified seven (7) separate designees of Defendant to serve as Rule 30(b)(6) witnesses—and that its position was that Plaintiff is entitled to only seven hours to complete all seven Rule 30(b)(6) depositions pursuant to Utah local rules;

WHEREAS, on July 27, 2020, Plaintiff advised Defendant the Utah local rules do not apply in the Eastern District of California and that Defendant's position was inconsistent with the Rule 30(b)(6) Committee notes, which state "[f]or purposes of this durational limit, the deposition of each person designated under Rule 30(b)(6) should be considered a separate deposition." FRCP Rule 30(b)(6) Notes of Advisory Committee on 2000 amendments;

WHEREAS, on July 31, 2020, the Parties further met and conferred pursuant to Local Rule 251(b) and could not come to an agreement regarding the duration of time for the 30(b)(6) designees;

WHEREAS, on August 4, 2020, Plaintiff filed a notice of motion and motion to compel reasonable time to complete the Rule 30(b)(6) depositions, which is scheduled for hearing on August 26, 2020;

WHEREAS, on August 5, 2020, Plaintiff served an Amended Deposition Notice to Defendant pursuant to Federal Rule of Civil Procedure 30(b)(6) scheduled to commence on September 8, 2020;

WHEREAS, on August 13, 2020, Defendant advised Plaintiff that it agrees to allow Plaintiff up to 7 hours per 30(b)(6) witness and that the 30(b)(6) depositions can commence on September 8, and continuing each day thereafter (excluding the

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

1  weekend) through September 16 to account for the number of witnesses Defendant
2  anticipates designating;

3  WHEREAS, the Parties, having met and conferred, agree to stipulate that
4  Plaintiff will have up to 7 hours per Rule 30(b)(6) witness;

5  WHEREAS, the Parties further stipulate that the Rule 30(b)(6) depositions
6  shall commence on September 8, unless otherwise agreed in writing by the Parties;

7  NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, IT IS
8  HEREBY STIPULATED by and between the Parties that Plaintiff will have up to 7
9  hours per 30(b)(6) witness and that the 30(b)(6) depositions can commence on
10 September 8, unless otherwise agreed in writing by the Parties, in lieu of Plaintiff's
11 motion to compel, which will be withdrawn upon the Court's approval of the
12 proposed order herein.

13 **IT IS SO STIPULATED.**

14 DATED: August 19, 2020         **CLARKSON LAW FIRM, P.C.**

15                                 /s/ *Shireen M. Clarkson*
                                   Ryan J. Clarkson, Esq.
16                                 Shireen M. Clarkson, Esq.
                                   Matthew T. Theriault, Esq.
17                                 Lauren Anderson, Esq.

18                                 **TYCKO & ZAVAREEI, LLP**
                                   Annick M. Persinger, Esq.
19
                                   Attorneys for Plaintiff Raul Pizana and
20                                 the Proposed Plaintiff Class

21

22 DATED: August 19, 2020         **THE LAW OFFICE OF JACK FITZGERALD, PC**
                                   By: */s/ Jack Fitzgerald*
23                                 Jack Fitzgerald

24                                 **PRICE PARKINSON & KERR, PLLC**
25                                 Steven Garff (SBN 268074)
                                   Jason M. Kerr (*pro hac vice*)
26                                 Ronald F. Price (*pro hac vice*)
                                   David R. Parkinson (*pro hac vice*)
27                                 Christopher Sullivan (*pro hac vice*)

28                                 *Counsel for Defendant SanMedica International, LLC*

# ORDER

Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that Plaintiff will have up to 7 hours per 30(b)(6) witness and that the 30(b)(6) depositions can commence on September 8, 2020, unless otherwise agreed in writing by the Parties.

IT IS FURTHER ORDERED that Plaintiff's "Motion to Compel Reasonable Time to Complete Fed. R. Civ. P. 30(b)(6) Depositions," (Doc. 79), is deemed WITHDRAWN.  The hearing on the motion, currently set for August 26, 2020, is hereby VACATED.

IT IS SO ORDERED.

Dated:   **August 20, 2020**          /s/ *Sheila K. Oberto*
                              UNITED STATES MAGISTRATE JUDGE