**EARLY SULLIVAN WRIGHT**
**GIZER & McRAE LLP**
Stephen Y. Ma, State Bar Number 214998
*sma@earlysullivan.com*
Lisa L. Boswell, State Bar Number 190304
 *lboswell@earlysullivan.com*
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone:  (323) 301-4660
Facsimile:  (323) 301-4676

**PRICE PARKINSON & KERR, PLLC**
STEVEN GARFF (SBN 268074)
*steven.garff@ppktrial.com*
JASON M. KERR (*pro hav vice*)
*jasonkerr@ppktrial.com*
RONALD F. PRICE (*pro hav vice*)
*ronprice@ppktrial.com*
DAVID R. PARKINSON (*pro hav vice*)
*davidparkinson@ppktrial.com*
5742 West Harold Gatty Drive Suite 101
Salt Lake City, Utah 84116
Phone: (801) 530-2900
Fax: 801-530-2957

*Counsel for Defendant SanMedica*
*International, LLC*

**CLARKSON LAW FIRM, PC**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Shireen M. Clarkson (*SBN 237882*)
*sclarkson@sclarksonlawfirm.com*
Katherine A. Bruce (*SBN 288694*)
*kbruce@clarksonlawfirm.com*
9255 Sunset Blvd., Suite 804
Los Angeles, California 90069
Phone: (213) 788-4050
Fax: (213) 788-4070

**TYCKO & ZAVAREEL, LLO**
Annick M. Persinger (SBN 272996)
*apersinger@tzlegal.com*
Mallory Morales (SBN 257074)
*mmorales@tzlegal.com*
1970 Broadway, Suite 1070
Oakland, California 94612
Phone: (510) 254-6808
Fax: (202) 973-0900

*Counsel for Plaintiff Paul Pizana and*
*Putative Class Members*

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL PIZANA, an individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SANMEDICA INTERNATIONAL, LLC, a Utah Limited Liability Company, and DOES, 1-10, inclusive,<br><br>Defendants. | Case No.: 18-CV-00644-DAD-SKO<br>Case Filed: 5/9/2018<br>FAC Filed: 6/30/2018<br>SAC Filed: 11/13/2019<br><br>*Hon. Judge Dale A. Drozd, USDJ*<br>*Hon. Sheila K. Oberto, USMJ*<br><br>**STIPULATION AND ORDER RE: AMENDMENT TO PROTECTIVE ORDER RE: CONFIDENTIAL MATERIALS**<br><br>(Doc. 164) |

-1-
STIPULATED ORDER TO AMEND PROTECTIVE ORDER RE: CONFIDENTIAL
MATERIALS

Plaintiff Raul Pizana ("**Plaintiff**") and Defendant Sanmedica International, LLC ("**Defendant**") (collectively, the "**Parties**") by and through their respective counsel of record, enter into the following stipulation to amend the Protective Order filed on April 10, 2020 (*Pizana* Action, ECF 76):

## **RECITALS**

1.      WHEREAS, on May 9, 2018, Raul Pizana, by and through Plaintiff's counsel of record at Clarkson Law Firm, P.C. and Tycko & Zavareei, LLP, filed a putative class action against Defendant, represented by Defendant's counsel of record at Price, Parkinson & Kerr, PLLC, as well as local counsel at Early Sullivan Wright Gizer & McRae LLP, pending in the United States District Court for the Eastern District of California, entitled *Pizana v. SanMedica International, LLC*, Case No. 18-CV-00644, to assert claims on behalf of Plaintiff and California consumers, regarding Defendant's alleged false advertising of an oral amino acid dietary supplement called SeroVital that increases growth hormone, which in turn provides related anti-aging benefits (the "*Pizana* **Action**");

2.      WHEREAS, on November 13, 2019, Holly Deibler, by and through Plaintiff's counsel of record at Clarkson Law Firm, P.C. and Tycko & Zavareei, LLP, as well as local counsel at Miller Shah LLP, filed a putative class action against Defendant, represented by Defendant's counsel of record at Price, Parkinson & Kerr, PLLC, as well as local counsel at Newman, Simpson & Cohen, LLP, pending in the United States District Court for the District of New Jersey, entitled *Deibler v. SanMedica International, LLC*, Case No. 1:19-CV-20155, to assert claims on behalf of Ms. Deibler and New Jersey consumers, regarding Defendant's alleged false advertising of an oral amino acid dietary supplement called SeroVital that increases growth hormone, which in turn provides related anti-aging benefits (the "*Deibler* **Action**");

3.      WHEREAS, the Protective Order entered in the *Pizana* Action on April 10, 2020 (*Pizana* Action, ECF 76) governs the permissible use and disclosure of materials designated as confidential and, among other things, prohibits its use for any purpose other than the prosecution, defense, appeal or settlement of the *Pizana* Action (*id.* at ¶ 3) (hereinafter the "*Pizana* **Protective Order**");

4.      WHEREAS, the Discovery Confidentiality Order entered in the *Deibler* Action on November 4, 2020 (*Deibler* Action, ECF 47) governs the permissible use and disclosure of materials designated as confidential and, among other things, prohibits its use for any purpose other than the prosecution or defense of the *Deibler* Action (*id.* at ¶ 3) (hereinafter the "***Deibler Discovery Confidentiality Order***");

5.      WHEREAS, the parties in the *Pizana* Action and the *Deibler* Action have met and conferred through counsel of record at Clarkson Law Firm, P.C. and Tycko & Zavareei, LLP for the plaintiffs, and Price Parkinson & Kerr, PLLC for Defendant, on March 31, 2021, April 9, 2021, April 14, 2021, and April 16, 2021, among other dates, regarding reducing litigation costs and attorney-hours through the avoidance of unnecessary duplication of discovery by using discovery taken in the *Pizana* Action as though it were taken in the *Deibler* Action, and vice versa, to the same extent as it would be so usable had it been taken in the either of the actions, including the use of materials marked confidential under the terms of the *Pizana* Protective Order or the *Deibler* Discovery Confidentiality Order;

6.      WHEREAS, the parties in the *Pizana* Action and the *Deibler* Action, by and through their respective counsel, have agreed to use in the *Deibler* Action Defendant's Rule 30(b)(6) depositions[1] taken in the *Pizana* Action, which may have been marked as "confidential" or "attorneys eyes only" (*see Deibler* Action, Order 4/19/2021, ECF 81, at ¶ 4 ("The parties have represented that the deposition testimony of the Fed. R. Civ. P. 30(b)(6) witnesses in the Pizana matter shall be used in this case by consent.")); and

7.      WHEREAS, amendments to the *Pizana* Protective Order are necessary to permit the use of Defendant's Rule 30(b)(6) depositions designated as "confidential" and/or "attorneys' eyes only" in the *Deibler* Action, and the potential unsealing of those documents by the court therein, without potentially violating the terms of the *Pizana* Protective Order (*see Deibler* Action, Order 8/6/2021, ECF 120, at ¶ 1);

---

[1] To date, said depositions include Alexis Timpson (9/8/2020), Matthew Draper (9/9/2020), Brad Skinner (9/10/2020), James Kreeck, Vol. 1 (9/14/2020), Evan Strassberg (9/25/2020), Amy Heaton (11/17/2020), Brokk Mowrey (11/18/2020), Gina Daines, Vol. 1 (11/19/2020), Gina Daines, Vol. 2 (11/30/2020), James Kreeck, Vol. 2 (12/8/2020), and Gina Daines, Vol. 3 (2/11/2020).

STIPULATED ORDER TO AMEND PROTECTIVE ORDER RE: CONFIDENTIAL MATERIALS

1

**STIPULATION**

2     8.      THEREFORE, the parties hereby further stipulate and agree:

3         i.      Paragraph three (3) in the *Pizana* Protective Order shall be amended to read:

4     Confidential Information shall not be used or disclosed for any purpose other than
      the prosecution, defense, appeal or settlement of this action and the related action
5     entitled *Deibler v. SanMedica International, LLC*, Case No. 1:19-CV-20155,
      presently pending before the United States District Court for the District of New
6     Jersey. Any use of such information for any other purpose, or any disclosure of
      such information to anyone not authorized under this Protective Order, is expressly
7     prohibited and would constitute a material breach of this Order.

8         ii.     Explicit references to the *Pizana* Action, judge, and/or court in the *Pizana*

9                 Protective Order, including the use of pronouns such as "this action," "this

10                litigation", "the Court," the "Eastern District of California," and similar

11                terms intended to refer to the matter and the presiding judge or court, shall

12                be amended and read to include both the *Pizana* Action and the *Deibler*

13                Action, and their respective judges, courts, and the jurisdictions of the

14                Eastern District of California and District of New Jersey for the United

15                States District Court;

16        iii.    The *Pizana* Protective Order shall be amended and read to permit the use of

17                materials marked as "confidential" or "attorneys' eyes only" for the purpose

18                of prosecuting or defending the *Pizana* Action and/or *Deibler* Action, in

19                their entirety, including any settlement or appeals, without violating the

20                *Pizana* Protective Order;

21        iv.     The *Pizana* Protective Order shall be amended and read to permit the courts

22                in the *Pizana* Action and *Deibler* Action to issue rulings regarding the

23                confidentiality and sealing of materials marked as "confidential" or

24                "attorneys' eyes only" under the terms of the *Pizana* Protective Order,

25                pursuant to the procedural rules governing the respective actions, including

26                L.R. 141 and 14.1 of the United States District Court for the Eastern District

27                of California and L. Civ. R. 5-3 of the United States District Court for the

28

-4-
STIPULATED ORDER TO AMEND PROTECTIVE ORDER RE: CONFIDENTIAL
MATERIALS

1      District of New Jersey governing motions to seal and confidentiality, if said

2      issues are brought before the court in either action for adjudication; and

3      v.      Any court rulings rendered with respect to the confidentiality and/or sealing

4      of materials marked as "confidential" or "attorneys' eyes only" shall be

5      binding only in the action in which the ruling was rendered.

6  **IT IS SO STIPULATED.**

7                                      Respectfully submitted,

8  Dated: August 16, 2021            */s/ Katherine A. Bruce*
                                      **CLARKSON LAW FIRM, PC**
9                                     Ryan J. Clarkson (SBN 257074)
                                      *rclarkson@clarksonlawfirm.com*
10                                    Shireen M. Clarkson (*SBN 237882*)
                                      *sclarkson@sclarksonlawfirm.com*
11                                    Katherine A. Bruce (*SBN 288694*)
                                      *kbruce@clarksonlawfirm.com*
12                                    9255 Sunset Blvd., Suite 804
                                      Los Angeles, California 90069
13                                    Phone: (213) 788-4050
                                      Fax: (213) 788-4070
14
                                      **TYCKO & ZAVAREEL, LLO**
15                                    Annick M. Persinger (SBN 272996)
                                      *apersinger@tzlegal.com*
16                                    Mallory Morales (SBN 257074)
                                      *mmorales@tzlegal.com*
17                                    1970 Broadway, Suite 1070
                                      Oakland, California 94612
18                                    Phone: (510) 254-6808
                                      Fax: (202) 973-0900
19
                                      ***Attorneys for Plaintiff Paul Pizana and Putative Class***
20                                    ***Members***

21

22  Dated: August 16, 2021            */s/ Jason M. Kerr*
                                      **PRICE PARKINSON & KERR, PLLC**
23                                    Steven Garf (SBN 268074)
                                      *steven.garff@ppktrial.com*
24                                    Jason M. Kerr (*pro hav vice*)
                                      *jasonkerr@ppktrial.com*
25                                    Ronald F. Price (*pro hav vice*)
                                      *ronprice@ppktrial.com*
26                                    David R. Parkinson (*pro hav vice*)
                                      *davidparkinson@ppktrial.com*
27                                    5742 West Harold Gatty Drive Suite 101
                                      Salt Lake City, Utah 84116
28                                    Phone: (801) 530-2900
                                      Fax: 801-530-2957

-5-
STIPULATED ORDER TO AMEND PROTECTIVE ORDER RE: CONFIDENTIAL
MATERIALS

1

2      **EARLY SULLIVAN WRIGHT**
       **GIZER & McRAE LLP**
3      Stephen Y. Ma, State Bar Number 214998
       *sma@earlysullivan.com*
4      Lisa L. Boswell, State Bar Number 190304
        *lboswell@earlysullivan.com*
5      6420 Wilshire Boulevard, 17th Floor
       Los Angeles, California 90048
6      Telephone:  (323) 301-4660
       Facsimile:  (323) 301-4676
7
       ***Attorneys for Defendant SanMedica International, LLC***
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED ORDER TO AMEND PROTECTIVE ORDER RE: CONFIDENTIAL
MATERIALS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

Based on the Parties' above stipulation (Doc. 164), and for good cause shown, IT IS HEREBY ORDERED that the Protective Order in this action (the "*Pizana* Protective Order") (Doc. 76) is amended consistent with the Parties' stipulation to permit, without violating the terms of the *Pizana* Protective Order: (i) the use of materials marked as "confidential" or "attorneys' eyes only" for the purpose of prosecuting or defending this action and the *Deibler* Action, entitled *Deibler v. SanMedica International, LLC*, United States District Court for the District of New Jersey Case No. 1:19-CV-20155, in their entirety, including any settlement or appeals; and (ii) the courts presiding over this action and the *Deibler* Action to rule upon issues brought before them regarding the confidentiality and sealing of said materials pursuant to the procedural rules governing the respective courts, and said rulings shall be binding only in the action in which the ruling was rendered.

IT IS SO ORDERED.

Dated:   **August 18, 2021**                            /s/ *Sheila K. Oberto*
                                                           UNITED STATES MAGISTRATE JUDGE

-7-
STIPULATED ORDER TO AMEND PROTECTIVE ORDER RE: CONFIDENTIAL
MATERIALS