

# United States District Court
# Eastern District of California

| RAUL PIZANA, et al. | Case Number: 1:18-cv-00644-DAD-SKO |

Plaintiff(s)

V.

| BASIC RESEARCH, LLC; et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Clancey S. Henderson (Utah Bar No. 17066) hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant, Mitchell K. Friedlander

On 05/14/2019 (date), I was admitted to practice and presently in good standing in the Supreme Court of the State of Utah (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/03/2022     Signature of Applicant: /s/ Clancey S. Henderson

**Pro Hac Vice Attorney**

Applicant's Name: Clancey S. Henderson (Utah Bar No. 17066)

Law Firm Name: Burbidge | Mitchell

Address: 215 So. State Street, Suite 920

City: Salt Lake City  State: Utah  Zip: 84111

Phone Number w/Area Code: (801) 355-6677

City and State of Residence: Salt Lake City, Utah

Primary E-mail Address: chenderson@burbidgemitchell.com

Secondary E-mail Address: kchristopherson@burbidgemitchell.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Beau Richard Burbidge

Law Firm Name: Burbidge | Mitchell

Address: 215 So. State Street, Suite 920

City: Salt Lake City  State: Utah  Zip: 84111

Phone Number w/Area Code: (801) 355-6677  Bar #: 267267

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 8/4/2022

*Sheila K. Oberto*
JUDGE, U.S. DISTRICT COURT



# STATE OF UTAH

# Judicial Department

## Attorney's Certificate

IN THE SUPREME COURT OF THE STATE OF UTAH

_____

UNITED STATES OF AMERICA } ss.
STATE OF UTAH

I, Nicole I. Gray, Clerk of the Supreme Court of the State of Utah, do hereby certify that by an Order of this Court duly made and entered wherein CLANCEY S HENDERSON, #17066, was admitted to practice as an Attorney and Counselor at Law in all the courts of the State of Utah on the 14th day of May, 2019.

I further certify that this attorney is now, and has been since admission, a member of the Bar of this Court in good standing; and that the private and professional character of this attorney appears to be satisfactory.



IN TESTIMONY WHEREOF, I have here unto set my hand and affixed the Seal of said court this 22nd day of July, A.D. 2022

*Nicole Gray*